DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————————

DENNIS HOLLERAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2150
————————————————————

December 6, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Christine Marlewski, Judge.

Dennis Holleran, pro se.

PER CURIAM.

     Affirmed.

CASANUEVA, SMITH, and LABRIT, JJ., Concur.

————————————————————

Opinion subject to revision prior to official publication.